# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Cathy Hardee**
          Plaintiff(s)

    vs.                              **CASE NUMBER: 6:24-cv-01408-TWD**

**Commissioner of Social Security**
          Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

1) Plaintiff's motion for judgment on the pleadings (Dkt. No. 12) is DENIED.
2) The Commissioner's motion for judgment on the pleadings (Dkt. No. 16) is GRANTED.
3) The Commissioner's decision is AFFIRMED.
4) Plaintiff's complaint (Dkt. No. 1) is DISMISSED.
5) The Clerk of Court is directed to enter judgment and close the case.

All of the above pursuant to the order of the Honorable **Thérèse Wiley Dancks**, dated 2/10/2026.

DATED: February 10, 2026

*John Domurad*
Clerk of Court

s/ *Penny Jezerski*
Penny Jezerski
Deputy Clerk